US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: <u>Henry D. Goldman and Cheryl E. Goldman</u>
Debtors

Chapter 7
Case No. 1:12-bk-20059

HENRY D. GOLDMAN and
CHERYL E. GOLDMAN,

Plaintiffs

v.

ACS a/k/a AFFILIATED COMPUTER SERVICES, INC. and MEFA a/k/a MASSACHUSETTS EDUCATIONAL FINANCING AUTHORITY

Defendants

## COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN

1. This is a COMPLAINT to determine discharge ability of a student loan made pursuant to Federal Rule of Bankruptcy Procedure 7001(6), and 11 U.S.C. § 523(a)(8).

2. Debtor filed this case under Chapter 7 of the Bankruptcy Code on **12/31/2012**. This Court thus has jurisdiction over this action under 28 U.S.C. § 1334. This proceeding is a core proceeding.

3. Defendant ACS a/k/a AFFILIATED COMPUTER SERVICES has a given address of ACS Attn: MEFA Dept., PO Box 7052, Utica NY 13504-7052.

4. Defendant MEFA a/k/a MASSACHUSETTS EDUCATIONAL FINANCING AUTHORITY, INC. has a given address of MEFA, 160 Federal Street, 4th floor, Boston, MA 02110

5. This loan was incurred to pay expenses at **Brandeis University** for Debtors' son Joshua Goldman.

6. This loan imposes an undue hardship on the Debtors. Debtors' current monthly income, as listed on Schedule J of their petition, is $-708.00, or *negative* seven hundred and eight dollars per month. If they have to pay back the balance of $6474.46 on this student loan, an undue hardship will be imposed on them.

7. Based on the Debtors current income and expenses, the Debtors cannot maintain a minimal living standard and repay the loan. Joint Debtor Henry Goldman has been classified as fully disabled as of July 2010. He and his wife, Joint Debtor Cheryl Goldman, both work part time, while seeking full time work. They also struggle to make a mortgage payment every month.

8. The Debtors current financial condition is likely to continue for a significant portion of the repayment period of the loan. As stated above, Joint Debtor Henry Goldman has been classified as fully disabled. This condition is expected to continue indefinitely. Joint Debtors have been looking for full time work for some time, and will continue to do so.

9. The Debtors have made a good-faith effort to repay the debt.

10. The Debtors have filed for bankruptcy for reasons other than just to discharge their student loan.

11. The current balance on the student loan is $6376.46, and the last 4 digits of the Account Number is 4732.

**WHEREFORE,** Debtors respectfully request this Honorable Court to:

A. Determine Debtors' Student Loan Obligation to ACS to be fully discharged.

B. Determine Debtors' Student Loan Obligation to MEFA to be fully discharged.

C. Such other relief as this Court sees fit.


Dated: **May 30, 2013**                                    **/s/ Henry D Goldman**
                                                           **/s/ Cheryl E Goldman**
                                                           Debtors


Respectfully by their Attorney,


**/s/ Steven Sroczynski**
**Steven Sroczynski, BBO #680387**
**Attorney for Debtors**
**Thomas F. Williams & Associates, P.C.**
**21 McGrath Highway Suite 501**
**Quincy, MA 02169**
(617) 847-4200  Fax: (617) 328-8504
ssroczynski@lawofficetwilliams.com

US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Henry D Goldman, Cheryl E Goldman                    Chapter 7
Debtor s                                                      Case No. 1:12-bk-20059

## CERTIFICATE OF SERVICE

I hereby certify that on **June 19, 2013**, a copy of **COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN** was served by regular United States mail or electronic mail to all interested parties, the Trustee and the following creditors:

ACS
Attn: MEFA Dept.
PO Box 7052
Utica, NY 13504-7052

MEFA
160 Federal Street, 4th Floor
Boston, MA 02110

Date: **June 19, 2013**                    /s/ Steven Sroczynski
                                            Steven Sroczynski, BBO #680387
                                            Attorney for Debtors
                                            **Thomas F. Williams & Associates**
                                            **21 McGrath Highway Suite 501**
                                            **Quincy, MA 02169**
                                            **(617) 847-4200**
                                            ssroczynski@lawofficetwilliams.com