US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re: Henry D Goldman, Cheryl E Goldman            Chapter 7
Debtor s            Case No. 1:12-bk-20059

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 5, 2013**, a copy of **APPLICATION FOR DEFAULT JUDGMENT** was served by regular United States mail or electronic mail to all interested parties, the Trustee and the following creditors:

**ACS**
**Attn: MEFA Dept.**
**PO Box 7052**
**Utica, NY 13504-7052**

**MEFA**
**160 Federal Street, 4th Floor**
**Boston, MA 02110**

Date: **November 5, 2013**        **/s/ Steven Sroczynski**
                                              **Steven Sroczynski, BBO #680387**
                                              Attorney for Debtors
                                              **Thomas F. Williams & Associates**
                                              **21 McGrath Highway Suite 501**
                                              **Quincy, MA 02169**
                                              **(617) 847-4200**
                                              **ssroczynski@lawofficetwilliams.com**