US BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

---

In re:   Henry D Goldman, Cheryl E Goldman                                    Chapter 7
       Debtors                                                                                 Case No. 1:12-bk-20059

Plaintiff: Henry D. Goldman                                           Adversary Proceeding No. 13-01161
       Cheryl E. Goldman

Defendants: ACS Consolidated Federal Educational Loan Authority
                Massachusetts Educational Financing Authority

---

**Motion in Opposition to Proposed Dismissal**

Now come Plaintiffs, Debtors Henry D. Goldman and Cheryl E. Goldman ("Debtors") and respectfully file this Motion in Opposition to Proposed Dismissal.

On May 23, 2014, Debtors received a Notice of Inactivity from this Honorable Court (James M. Lynch, Clerk).

Debtors ask this Honorable Court not to dismiss this case pursuant to MLBR 7055-2, and to keep this case open.

As further reasons in support of the preceding sentence, Debtors state as follows:

(1) Dismissal would be improper;

(2) Debtors are working with Defendants to attempt to resolve their situation;

(3) Debtors attempted to Default Defendants in November of 2013, but were denied for lack of proper service;

(4) Debtors' Counsel attempted to contact Defendants' Counsel in December of 2013.  Debtors' Counsel eventually did contact Defendants' Counsel, and Defendants' Counsel said he (I, Debtors' Counsel) would receive a call back, which he never did;

(5) On May 14, 2014, Debtor's Counsel received a letter from ECMC, regarding Debtors' loan from Defendant ACS;

(6) Debtors are now also working with ECMC to resolve this situation;

(7) Debtors still maintain this Bankruptcy Adversary Proceeding against Defendants and intend to prosecute it until it is resolved.

WHEREFORE, Debtors ask this Honorable Court to keep this action open against Defendants.

Date: **June 23, 2014**              /s/ Steven Sroczynski
                         **Steven Sroczynski, BBO #680387**
                         Attorney for Debtors
                         **Thomas F. Williams & Associates**
                         **21 McGrath Highway Suite 501**
                         **Quincy, MA 02169**
                         **(781) 437-7275**
                         **Steve.Sroczynski@gmail.com**