UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Goldman et al v. ACS Consolidated Federal Educational Loan Corporat  **Case Number:** 13-01161   **Ch:**

**Matter:**
Status Conference
#9 Notice of Inactivity
#10 Response of Plaintiffs (S. Sroczynski)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___ Granted ___ Denied ___ Approved ___ Sustained

___ Denied ___ Denied without prejudice ___ Withdrawn in open court ___ Overruled

___ OSC enforced/released

___ Continued to: _____ For: _____.

___ Formal order/stipulation to be submitted by: _____ Date due: _____.

___ Findings and conclusions dictated at close of hearing incorporated by reference

___ Taken under advisement: Brief(s) due: _____ From _____.

Response(s) due: _____ From _____.

___ Fees allowed in the amount of: $ _____ Expenses of: $ _____.

___ No appearance/response by: _____.

___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held. The plaintiff has filed a motion to amend the complaint.

IT IS SO NOTED:                IT IS SO ORDERED:

                                               /s/ William C. Hillman                Dated: 07/09/2014
_____                _____
Courtroom Deputy               William C. Hillman, U.S. Bankruptcy Judge