UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE: Henry D. Goldman and Cheryl E. Goldman

Debtor

Chapter 7
Case No. 12-20059-WCH

Henry D. Goldman

PLAINTIFF,

v.

ACS Consolidated Federal Educational L(

DEFENDANT.

Adversary Proceeding
No. 13-01161

# PRELIMINARY PRE-TRIAL ORDER

Counsel for all parties are hereby ordered to confer with opposing counsel, pursuant to Fed. R. Civ. P. 26(f), made applicable to adversary proceedings by Fed. R. Bankr. P. 7026, as soon as practicable, but <u>no later than 28 calendar days from the date of this order</u>, and together prepare in writing and file with the Court <u>no more than 14 calendar days following such a conference</u> a joint document, captioned "RULE 26(f) CERTIFICATION AND REPORT," containing the following:

1. A certification that the Fed. R. Civ. P. 26(f) conference has taken place, stating the time, date, and location of the aforesaid conference;
2. A written report outlining a proposed discovery plan including all topics covered by Fed. R. Civ. P. 26(f). The written report shall further state that the parties have complied with the initial disclosure provisions of Fed. R. Civ. P. 26(a)(1) and (2) or contain an explanation of why the parties have not yet complied as well as a description of what actions the parties are taking to remedy such noncompliance; and
3. Proposed deadlines for:
    a. joining of other parties or amending the pleadings;
    b. completing discovery;
    c. filing expert reports;
    d. filing dispositive motions;
    e. filing the joint pre-trial statement; and
    f. any other deadline which the parties believe is necessary and appropriate to facilitate the orderly and expeditious resolution of this proceeding.

The Rule 26(f) Certification and Report shall be a single, joint document signed by all attorneys prior to being filed.

PARTIES WHO FAIL TO TIMELY COMPLY WITH THIS ORDER MAY BE SUBJECT TO SANCTIONS UNDER FED. R. CIV. P. 16(f), MADE APPLICABLE TO ADVERSARY PROCEEDINGS BY FED. R. BANKR. P. 7016.

Upon the filing of the Rule 26(f) Certification and Report, the Court shall enter a Pre-Trial Order setting forth the applicable pre-trial deadlines and the format and procedures regarding the filing of a joint pre-trial statement.

_____
William C. Hillman
United States Bankruptcy Judge

Dated: August 21, 2014