# UNITED STATES BANKRUPTCY COURT DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Goldman et al v. ACS Consolidated Federal Educational Loan Corporat  **Case Number:** 13-01161  **Ch:**

**Matter:**
#23 Answer to Complaint with certificate of service filed by Massachusetts Educational Financing Authority. (Donohoe, Melissa)

**MOVANT/APPLICANT/PARTIES**

**OUTCOME:**

☐ By Agreement of the Parties

___Granted ___ Denied ___ Approved ___ Sustained

___Denied ___Denied without prejudice ___Withdrawn in open court ___Overruled

___OSC enforced/released

___Continued to: _____ For: _____.

___Formal order/stipulation to be submitted by: _____ Date due: _____.

___Findings and conclusions dictated at close of hearing incorporated by reference

___Taken under advisement: Brief(s) due: _____ From _____.

                Response(s) due: _____ From _____.

___Fees allowed in the amount of: $ _____ Expenses of: $ _____.

___No appearance/response by: _____.

_23_ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the parties' failure to comply with the Court's Preliminary Pre-Trial Order, the parties are ordered to show cause, in writing, by October 10, 2014, why the Court should not impose sanctions on one or both parties in light of their failure to comply with orders of this Court.

IT IS SO NOTED:        IT IS SO ORDERED:

_____        _____ Dated: 10/03/2014
Courtroom Deputy       William C. Hillman, U.S. Bankruptcy Judge